# Richmond

BIRTCHERDS DAIRY, INCORPORATED v. WILLIE RUTH BEVERLY
AND VIRGINIA ELECTRIC AND POWER COMPANY.

December 7, 1942.

Record No. 2580.

Present, Campbell, C. J., and Hudgins, Gregory, Browning and
Eggleston, JJ.

The opinion states the case.

*H. M. Woodward*, for the plaintiff in error.

*T. Justin Moore, Archibald G. Robertson, L. S. Parsons*
and *Harry A. Brinkley*, for the defendants in error.

EGGLESTON, J., delivered the opinion of the court.

This case arises out of the same motor vehicle collision in-
volved in *Birtcherds Dairy, Inc.* v. *Randall*, decided today,
ante p. 311. Willie Ruth Beverly, a passenger on the bus, was
injured in the collision and recovered a verdict against Birtch-
erds Dairy, Inc., and the Virginia Electric & Power Company.
Here, as in the former case, the trial court set aside the ver-
dict against the Virginia Electric & Power Company and
entered final judgment in its favor, but at the same time sus-
tained the verdict against Birtcherds Dairy, Inc., and entered
judgment thereon. This judgment is before us on a writ of

error granted to Birtcherds Dairy, Inc., raising the same questions as those disposed of in the companion case.

The evidence in the two cases is substantially the same, and what we have said in *Birtcherds Dairy, Inc.* v. *Randall,* applies and controls here.

The judgment against Birtcherds Dairy, Inc., is affirmed. The judgment in favor of the Virginia Electric & Power Company is reversed, and judgment is entered against it in favor of the plaintiff below on the verdict. The costs will be divided between the judgment debtors.

*Affirmed in part.*
*Reversed in part.*